IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| QADRIYYAH SABREEEN EL'AMIN BNT ABDULLAH BEY, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:19-CV-00227-JDK |
| Plaintiff, | | |
| v. | | |
| JOSEPH HOOD, HAROLD RAPSILVER, CITY OF WELLS POLICE DEPARTMENT, C.W. WILLIAMS, | | |
| Defendants. | | |

| | | |
|---|---|---|
| QADRIYYAH SABREEEN EL'AMIN BNT ABDULLAH BEY, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:19-CV-00239-JDK |
| Plaintiff, | | |
| v. | | |
| JOHN DUE, DUE'S WRECKER SERVICE, | | |
| Defendants. | | |

# ORDER

Plaintiff filed the above-captioned actions alleging constitutional violations pursuant to 42 U.S.C. § 1983 arising from a police stop and towing of her vehicle on the evening of March 25, 2019 in or near the town of Wells, Texas. (6:19-cv-227, Doc. No. 1; 6:19-cv-239, Doc. No. 1.) On June 24, 2019, July 3, 2019, and August 7, 2019, Plaintiff amended her complaints pursuant to court order. (6:19-cv-227, Doc. No. 10; 6:19-cv-239, Doc. Nos. 11, 23.)

Thereafter, the court granted Plaintiff leave to proceed *in forma pauperis* in these matters. (6:19-cv-227, Doc. No. 11; 6:19-cv-239, Doc. No. 12.) On August 15, 2019, Defendants City of Wells Police Department, Joseph Hood, Harold Rapsilver, C.W. Williams filed an answer (6:19-cv-227, Doc. No. 30), and on August 30, 2019, Defendants John Due, Due's Wrecker Service, and Matt Johnson filed an answer (6:19-cv-239, Doc. Nos. 35, 36). As such, this matter is ready for a scheduling conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court therefore sets a status conference in this matter for **October 16, 2019 at 10:00 A.M.** before the Honorable John D. Love at 211 W. Ferguson St. Tyler, Texas 75702, Courtroom 207. In person attendance by a representative of all parties is required. The primary purpose of this status conference is to discuss retention of counsel for Plaintiff, discovery, and trial schedules. Plaintiff is encouraged to attempt to find legal counsel and have legal counsel attend the status conference on that date, and Plaintiff is required to attend the status conference either in person or through her counsel. Failure to appear or otherwise comply with this order may result in dismissal of these actions.

**So ORDERED and SIGNED this 10th day of September, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE