IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| QADRIYYAH SABREEEN EL'AMIN BNT ABDULLAH BEY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:19-CV-239-JDK-JDL |
| JOHN DUE and DUE'S WRECKER SERVICE, | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On September 18, 2019, the Magistrate Judge issued a Report and Recommendation (Docket No. 48), recommending that Defendants' motion to dismiss (Docket No. 34) pursuant to Federal Rule of Civil Procedure 8 be denied. The Report also recommends that Defendants not be precluded from bringing a future motion that raises specific grounds for dismissal or summary judgment.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Defendants did not file objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they

are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 48) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 48) be **ADOPTED** and that Defendants' motion to dismiss (Docket No. 34) be denied. The Court also **ADOPTS** the Report by noting that Defendants are not precluded from bringing a future motion that raises specific grounds for dismissal or summary judgment.

So **ORDERED** and **SIGNED** this **8th** day of **October, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE