IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE:   October 16, 2019

JUDGE:   JOHN D. LOVE                              REPORTER:

LAW CLERK:   Jenna Gillingham            COURTROOM DEPUTY: Sharon Baum

| QADRIYYAH SABREEEN EL-AMIN BNT ABULLAH BEY<br><br>V<br><br>JOSEPH HOOD, HAROLD RAPSILVER, ET AL.<br><br>JOHN DUE, ET AL. | CASE NO: 6:19cv227<br>CASE NO. 6:19cv239<br><br>STATUS CONFERENCE |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Qadriyyah Bey | Erika Neill and Kirk Mathis |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**   10:07                                **ADJOURN:**   10:31

| TIME: | MINUTES: |
|---|---|
| 10:07 | Case called.  The parties announced they are here and ready.  Judge states we are here for a status conference and scheduling as well.  Judge asks about the facts of the case. |
| 10:09 | Ms. Bey responds. |
|  | Judge asks questions. |
|  | Ms. Bey responds. |
| 10:13 | Judge asks additional question. |
|  | Ms. Bey responds. |

| TIME: | MINUTES: |
|---|---|
| 10:14 | Judge is going to set a schedule for the parties to complete some discovery. Judge asks if the plaintiff has attempted to find counsel. |
| 10:15 | Ms. Bey responds. |
| | Judge encourages the plaintiff to attempt to retain counsel. Judge asks plaintiff about factual information she might want to discover. |
| 10:17 | Ms. Neill responds. |
| | Mr. Mathis responds. |
| 10:18 | Judge will set forth a discovery order and schedule to encompass disclosures. Judge explains disclosure rules. |
| | Ms. Bey responds. |
| 10:20 | Judge explains next steps to the parties. |
| 10:22 | Ms. Bey responds. |
| | Judge further responds. Judge will set forth deadlines for disclosures, motions, etc. |
| 10:24 | Ms. Neill responds. |
| | Mr. Mathis responds. |
| 10:25 | Ms. Bey will provide additional contact information to the defendants. |
| | Judge provides further clarification. Judge asks if plaintiff is still interested in electronic filing. |
| | Ms. Bey responds. |
| | Judge advises plaintiff she will be allowed to file electronically and next covers the issue of consent. |
| 10:30 | Mr. Mathis makes comments. |
| | Judge makes closing remarks. |
| | |
| | |
| | |

| TIME: | MINUTES: |
|---|---|
|  |  |

Case 6:19-cv-00239-JDK-JDL   Document 53   Filed 10/16/19   Page 3 of 3 PageID #: 230