# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| QADRIYYAH SABREEEN EL'AMIN BNT ABDULLAH BEY,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HOOD, HAROLD RAPSILVER, CITY OF WELLS POLICE DEPARTMENT, C.W. WILLIAMS,<br><br>Defendants. | § § § § § § § § § § § § § §  CIVIL ACTION NO. 6:19-CV-00227-JDK |
| QADRIYYAH SABREEEN EL'AMIN BNT ABDULLAH BEY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DUE, DUE'S WRECKER SERVICE,<br><br>Defendants. | § § § § § § § § § § § § §  CIVIL ACTION NO. 6:19-CV-00239-JDK |

## ORDER

On October 16, 2019, the Court held a scheduling conference in this matter pursuant to Federal Rule of Civil Procedure 16(b). Having discussed a plan for discovery and a schedule in this case with the parties, the Court hereby sets forth the following discovery guidelines and schedule in this matter:

1

| Date | Event |
|---|---|
| October 30, 2019 | **Initial Disclosures**. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A). |
| December 2, 2019 | **Additional Disclosures.** To the extent not already disclosed under this Order or as required by the Federal Rules of Civil Procedure, and without awaiting a discovery request, each party shall provide to every other party a copy of all documents, data compilations and tangible things in the possession, custody, or control of the party that are relevant to all pleaded claims or defenses involved in this action. Parties shall refer to Local Rule CV-26(d) in compliance with these disclosures.<br><br>**Ongoing Duty to Supplement.** After disclosure is made pursuant to this order, each party is under a duty to supplement or correct its disclosures immediately if the party obtains information on the basis of which it knows that the information disclosed was either incomplete or incorrect when made, or is no longer complete or true. |
| January 3, 2019 | **Dispositive Motions.** Deadline to file any and all dispositive motions. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. |

The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the Court will assume that the party has no opposition."

**MODIFYING/AMENDING this Docket Control Order**. Any request to modify the deadlines set forth herein shall be made by motion to the Court.

So ORDERED and SIGNED this 16th day of October, 2019.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE